**Order entered November 14, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00725-CV

### IN THE INTEREST OF A.G. AND A.G., CHILDREN

**On Appeal from the County Court At Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. 97715CC**

## ORDER

Appellant's motion to extend the time for filing a reply brief is **GRANTED**. Appellant's

reply brief, received on November 8, 2018, is **ORDERED** filed as of the date of this order.

/s/     DAVID L. BRIDGES
         PRESIDING JUSTICE